IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAY MICHAEL BOUDREAUX,

          Petitioner,

          v.

MICHAEL HENNESSEY,

          Respondent.

NO. C05-4176 TEH

ORDER RE: CASE STATUS

On October 19, 2005, this Court denied Petitioner Ray Michael Boudreaux's motion for a stay of the state court contempt order he was challenging in his petition for writ of habeas corpus. During the proceedings on the motion to stay, the parties agreed that Boudreaux would be released from custody no later than October 31, 2005, and that this may moot Boudreaux's request for habeas relief. Accordingly, the parties shall meet and confer regarding the status of this case and file a joint statement on or before **Monday, November 21, 2005.**

DATED   11/09/05

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT