IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAY MICHAEL BOUDREAUX,

          Petitioner,

          v.

MICHAEL HENNESSEY,

          Respondent.

NO. C05-4176 TEH

ORDER DISMISSING CASE

On November 21, 2005, the parties filed a joint statement explaining that Petitioner Ray Michael Boudreaux was released from custody on October 31, 2005. Respondent contended at that time that this action should therefore be dismissed because Petitioner was no longer in custody. Petitioner, however, asked that the Court hold his habeas petition in abeyance until the grand jury investigation that resulted in Petitioner's incarceration was completed.

On November 22, 2005, the Court set a schedule for the parties to submit briefs on the appropriateness of holding this case in abeyance. Petitioner timely filed his opening brief on December 6, 2005. In that brief, Petitioner joins Respondent's request for dismissal of this action based on Respondent's representation that "[w]e will not be calling Mr. Boudreaux back as a witness before another grand jury."

Accordingly, in light of the parties' agreement, this action is dismissed in its entirety, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 12/09/05

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT